IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BOBBIE MICHELLE SMITH, et al., | ) )  |
| Plaintiffs, | ) ) |
| v. | ) )   No. 2:17-cv-2282-SHL-cgc |
| TIPTON COUNTY BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint, filed April 24, 2017 (ECF No. 1),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Granting Defendant's Motion to Dismiss, entered March 31, 2018 (ECF No. 42), judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

March 31, 2018
Date